IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERNEST MEDINA,

Plaintiff,

vs.

MIKE HILGERS, Attorney General;

Defendant.

**8:25CV594**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On October 22, 2025, the Court entered a Memorandum and Order granting Plaintiff leave to proceed in forma pauperis and directing Plaintiff to pay an initial partial filing fee of $10.30 by November 21, 2025. Filing No. 6. Plaintiff has not paid his initial partial filing fee as of this date. However, on this date, November 26, 2025, the Court erroneously entered a Memorandum and Order, Filing No. 7, and Judgment, Filing No. 8, dismissing Plaintiff's complaint for failure to file an amended complaint by November 21, 2025. Therefore, and pursuant to Fed. R. Civ. P. 60(a) (court may correct mistake in judgment and order on its own without notice), the Court will vacate the Memorandum and Order and Judgment entered in error and enter an order requiring Plaintiff to show cause regarding his failure to pay his initial partial filing fee.

IT IS THEREFORE ORDERED that:

1.     The Court's Memorandum and Order entered on November 26, 2025, Filing No. 7, is withdrawn.

2.     The Court's Judgment entered on November 26, 2025, Filing No. 8, is set aside and vacated.

3.    The Clerk of the Court is directed to reinstate this case on the Court's pro se docket.

4.    The Court will enter an order to show cause regarding Plaintiff's failure to pay the initial partial filing fee.

Dated this 26th day of November, 2025.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge

2