IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERNEST MEDINA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIKE HILGERS, Attorney General;<br><br>　　　　Defendant. | **8:25CV594**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On November 26, 2025, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the Court on October 22, 2025. Filing No. 9. To date, Plaintiff has not shown cause for his failure to pay the initial partial filing fee and has not paid the initial partial filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the Court's initial partial filing fee, and for failure to comply with a Court order. The Court will enter judgment by a separate document.

Dated this 5th day of January, 2026.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge